UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR-06-31-N-EJL |
| vs. | ) | ORDER ON MOTION TO CONTINUE COMPETENCY HEARING |
| RAYMOND F. SWAN, | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the Defendant's Motion to Continue Competency Hearing, the Court having reviewed the reasons for the request and finding good cause exists to grant the motion and the government having no objection, Now, Therefore,

**IT IS HEREBY ORDERED** that the Motion to Continue Competency Hearing (Dkt. No. 31) is **GRANTED**. The Competency Hearing is continued to October 23, 2006, at 2:30 p.m. in Coeur d'Alene, Idaho.

As the motion to determine competency (Dkt. No. 19) remains pending and because the interests of justice warrant the requested continuance, any and all period of delay from the date of the filing of this motion to the rescheduled hearing date above is excluded from the Speedy Trial Act calculations. See 18 U.S.C. § 3161(h)(1)(A), (F).

**IT IS SO ORDERED.**

DATED: **September 22, 2006**

ORDER
1

1
2
3 _____
Honorable Edward J. Lodge
4 U. S. District Judge

ORDER